IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRANDON McCROSKEY, et al      :    CASE NO. 1:01cv429

    Plaintiffs                :    (Judge Spiegel)

-vs-                          :

BUTLER COUNTY SHERIFF'S OFFICE :    **MOTION FOR EXTENSION OF TIME
                                    TO FILE MOTION FOR SUMMARY**
    Defendant                 :    **JUDGMENT**

::: ::: ::: :::

Now comes the defendant Butler County Sheriff's Department, by and through counsel, and hereby moves the Court for an extension of time in which to file its motion for summary judgment, to and including November 5, 2003. A memorandum and proposed order are presented herewith.

    s/ Jack C. McGowan
    Jack C. McGowan  Bar Number: 0005619
    JACK C. McGOWAN & ASSOCIATES
    Attorney for Defendant
    246 High Street
    Hamilton, Ohio 45011
    (513)844-2000/Fax(513)868-1190
    E-mail: JCM@jcmcgowan.com

**MEMORANDUM**

In support of its motion for an extension of time and pursuant to Federal Rule of Civil Procedure 6(B), counsel for defendant states that because of the press of a number of cases he has not been able to complete a memorandum of law. Only a brief extension is being requested which will enable final research to be completed. Additionally, counsel for plaintiffs has been contacted

and has agreed to the extension.

No previous extensions have been requested, and the granting of this extension is not expected to negatively affect other deadlines in this case. Further, counsel for defendant states that this motion is not being made for the purposes of delay.

s/ Jack C. McGowan
Jack C. McGowan   Bar Number: 0005619
JACK C. McGOWAN & ASSOCIATES
Attorney for Defendant
246 High Street
Hamilton, Ohio 45011
(513)844-2000/Fax(513)868-1190
E-mail: JCM@jcmcgowan.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Marc D. Mezibov, Esq. at 920 Fourth & Race Tower, 105 W. Fourth Street, Cincinnati, Ohio 45202.

s/ Jack C. McGowan
Jack C. McGowan   Bar Number: 0005619
JACK C. McGOWAN & ASSOCIATES
Attorney for Defendant
246 High Street
Hamilton, Ohio 45011
(513)844-2000/Fax(513)868-1190
E-mail: JCM@jcmcgowan.com