IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRANDON McCROSKEY, et al : CASE NO. **1:01cv429**

    Plaintiffs : (Judge Spiegel)

-vs- :

BUTLER COUNTY SHERIFF'S OFFICE : **NOTICE OF FILING OF DEPOSITIONS**

    Defendant :

::: ::: ::: :::

Now comes defendant Butler County Sheriff's Office, by and through counsel, and hereby gives notice of the filing of the following depositions:

1. Plaintiff Brandon McCroskey taken November 25, 2002
2. Plaintiff Toby Andrews taken December 31, 2002
3. Daniel Allen Berter taken March 5, 2003
4. Christopher Paproski taken May 29, 2003
5. Jeffrey David Duke taken March 5, 2003
6. Anthony Dwyer taken March 4, 2003
7. Richard K. Jones taken March 4, 2003
8. Marc Dennett taken May 29, 2003
9. Jeff Sandlin taken May 30, 2003

Per instructions received from the office of the Clerk of Courts for the United States District Court, Southern District of Ohio, the above-referenced deposition transcripts are being submitted to the Court in conventional format via ordinary U.S. mail on the 6th day of November, 2003.

s/ Jack C. McGowan
Jack C. McGowan   Bar Number: 0005619
JACK C. McGOWAN & ASSOCIATES
Attorney for Defendant
246 High Street
Hamilton, Ohio 45011
(513)844-2000/Fax(513)868-1190
E-mail: JCM@jcmcgowan.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 5TH day of November, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Marc D. Mezibov, Esq. at 920 Fourth & Race Tower, 105 W. Fourth Street, Cincinnati, Ohio 45202.

                                          s/ Jack C. McGowan
                                          Jack C. McGowan   Bar Number: 0005619
                                          JACK C. McGOWAN & ASSOCIATES
                                          Attorney for Defendant
                                          246 High Street
                                          Hamilton, Ohio 45011
                                          (513)844-2000/Fax(513)868-1190
                                          E-mail: JCM@jcmcgowan.com