UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRANDON McCROSKEY, et al.,          :   NO: 1:01-CV-00429
                                    :
    Plaintiffs,                     :
                                    :   **ORDER**
  v.                                :
                                    :
BUTLER COUNTY SHERIFF'S             :
OFFICE,                             :
                                    :
    Defendant.                      :

    The Court VACATES the Charging Conference set for January 8, 2004, the Summary Jury Trial set for January 20, 2004, and the Trial set for February 10, 2004, as there is currently a pending motion for summary judgment not yet ripe for the Court's consideration.  The Court finds it proper to first consider the parties' arguments surrounding the summary judgment motion before proceeding with these scheduled matters.  The Court shall issue new dates for the Charging Conference, the Summary Jury Trial, and the Trial in its forthcoming order, in the event that Plaintiffs' claims withstand summary judgment.

    SO ORDERED.


Dated: January 6, 2004          /s/ S. Arthur Spiegel

                                  S. Arthur Spiegel
                                  United States Senior District Judge