IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRANDON McCROSKEY, et al | : | CASE NO. **1:01cv429** |
| Plaintiffs | : | (Judge Spiegel) |
| -vs- | : | |
| BUTLER COUNTY SHERIFF'S OFFICE | : | **MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| Defendant | : | |

:: ::: ::: ::

Now comes the defendant Butler County Sheriff's Department, by and through counsel, and hereby moves the Court for an extension of time in which to file its reply memorandum in support of its previously filed motion for summary judgment, to and including January 23, 2004. A memorandum in support is presented herewith.

s/ Jack C. McGowan
Jack C. McGowan   Bar Number: 0005619
JACK C. McGOWAN & ASSOCIATES
Attorney for Defendant
246 High Street
Hamilton, Ohio 45011
(513)844-2000/Fax(513)868-1190
E-mail: JCM@jcmcgowan.com

**MEMORANDUM**

In support of its motion for an extension of time and pursuant to Federal Rule of Civil Procedure 6(B), counsel for defendant states that a motion for summary judgment was filed on November 29, 2003, and plaintiffs' response was filed on December 29, 2003. Defendant's counsel is diligently working on a reply memorandum, but due to the voluminous research and the intervening holiday and weekend an additional fourteen (14) days is needed to finalize the reply. Additionally, counsel for plaintiffs has been contacted and has agreed to the extension.

For the reasons outlined above and in the interest of justice, defendant respectfully requests that this Court grant this motion to extend time for filing its reply memorandum in support of the previously filed motion for summary judgment until January 23, 2004.

Respectfully submitted,

s/ Jack C. McGowan
Jack C. McGowan  Bar Number: 0005619
JACK C. McGOWAN & ASSOCIATES
Attorney for Defendant
246 High Street
Hamilton, Ohio 45011
(513)844-2000/Fax(513)868-1190
E-mail: JCM@jcmcgowan.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of January, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Marc D. zibov, Esq. at 920 Fourth & Race Tower, 105 W. Fourth Street, Cincinnati, Ohio 45202.

s/ Jack C. McGowan

Jack C. McGowan  Bar Number: 0005619
JACK C. McGOWAN & ASSOCIATES
Attorney for Defendant
246 High Street
Hamilton, Ohio 45011
(513)844-2000/Fax(513)868-1190
E-mail: JCM@jcmcgowan.com