UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BRANDON MCCROSKEY, et al.,** | : | **CASE NO. C-1-01-429** |
| | : | |
| Plaintiffs, | : | Judge Spiegel |
| | : | |
| v. | : | |
| | : | |
| **BUTLER COUNTY SHERIFF'S OFFICE,** | : | |
| | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFFS' NOTICE OF FILING OF DEPOSITION TRANSCRIPTS

In support of their Memorandum in Opposition to Defendant's Motion for Summary Judgment, filed December 29, 2003, Plaintiffs file the following deposition transcripts:

1. Ms. Tamara Berter

2. Deputy Sheriff Mike Farthing

3. Deputy Sheriff Matt Ginter

4. Detective Katie McMahon

5. Ms. Amanda Watts

Respectfully submitted,

MEZIBOV & JENKINS, LLP

/s/ Marc D. Mezibov
MARC D. MEZIBOV (Ohio Bar No.0019316 )
CHRISTIAN A. JENKINS (Ohio Bar No.0070674)
SUSAN E. BRABENEC (Ohio Bar No.0075200)
Mezibov & Jenkins, LLP
1726 Young Street

        Cincinnati, Ohio 45202
        Telephone: (513) 723-1600
        Facsimile: (513) 723-1620

        Counsel for Plaintiffs,
        Brandon McCroskey and Toby Andrews

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served upon Jack C. McGowan, 246 High Street, Hamilton, Ohio 45011, by electronic service, this 16th day of January, 2004.

        /s/ Marc D. Mezibov
        MARC D. MEZIBOV (Ohio Bar No. 0019316)