```
                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION
```

BRANDON McCROSKEY, et al      :    **CASE NO. 1:01cv429**

    Plaintiffs            :    (Judge Spiegel)

-vs-                          :

BUTLER COUNTY SHERIFF'S OFFICE:    **JOINT MOTION**
                                                          **TO VACATE PRE-TRIAL**

    Defendant             :

                                           :

:: ::: ::: ::

Now come the plaintiffs and the defendant, by and through counsel, and move the Court to vacate the pre-trial presently scheduled on Wednesday, June 9, 2004 at 3:00 p.m. The parties represent to the court that they are going to private mediation before Jerry Lawson of Cincinnati, Ohio on June 25, 2004 at 10:00 a.m. The parties move the court to vacate the pre-trial in order to enable them to marshal their efforts and resources to resolving their differences. The parties respectfully submit that the case is presently scheduled for a summary jury trial on July 20, 2004 and a jury trial on August 17, 2004, that there remains sufficient time after the mediation to reschedule the pre-trial conference if necessary and that they will cooperate fully in presenting all pre-trial orders required by the court for pre-trial proceedings if the mediation proves unsuccessful.

A proposed order is being tendered herewith.

          Respectfully submitted

          McGOWAN & JACOBS, LLC


          s/ Jack C. McGowan
          Jack C. McGowan  Bar Number: 0005619
          Attorney for Defendant
          246 High Street
          Hamilton, Ohio 45011
          (513)844-2000/Fax(513)868-1190
          E-mail: JCM@jcmcgowan.com


          MEZIBOV & JENKINS, LLP


          /s/ Marc D. Mezibov
          Marc D. Mezibov Bar Number 0019316
          Attorney for Plaintiffs
          1726 Young Street
          Cincinnati, Ohio 45202
          (513)723-1600/Fax (513)723-1620
          E-mail: mmezibov@mezibovjenkins.com


**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of June, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Marc D. Mezibov, Esq. at 1726 Young Street, Cincinnati, Ohio 45202.

          s/ Jack C. McGowan

          Jack C. McGowan  Bar Number: 0005619
          JACK C. McGOWAN & ASSOCIATES
          Attorney for Defendant
          246 High Street
          Hamilton, Ohio 45011
          (513)844-2000/Fax(513)868-1190
          E-mail: JCM@jcmcgowan.com