```
           IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

BRANDON McCROSKEY, et al       :     **CASE NO. <u>1:01cv429</u>**

    Plaintiffs             :     (Judge Spiegel)

-vs-                           :

BUTLER COUNTY SHERIFF'S OFFICE :     **<u>ORDER VACATING</u>**
                                                         **<u>PRE-TRIAL CONFERENCE</u>**
    Defendant              :

                                 :

                      :: ::: ::: ::

Upon joint motion (doc. 29) of the parties, based upon their having arranged for private mediation, the final pre-trial conference scheduled for June 9, 2004 at 3:00 p.m. is hereby vacated to be reset upon timely notice from the parties if mediation is unsuccessful.

                                            <u>s/S. Arthur Spiegel</u>
                                            Judge Spiegel