**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

BRANDON MCCROSKEY, <u>et al</u>.,   :

    Plaintiffs,

                              :

    v.

                          Case No.: 1:01-cv-00429

BUTLER COUNTY SHERIFF'S   :
OFFICE,

    Defendant.   **<u>NOTICE</u>**


   Pursuant to S.D. Ohio Civ. R. 79.2(b) and the previous Notice of this Court (doc. 32), the depositions filed in the case are hereby disposed of as waste on this date.

Date: <u>January 24, 2005</u>

                              S. Arthur Spiegel
                              United States Senior District Judge


                              By: <u>s/Kevin Moser</u>
                                  Kevin Moser
                                  Case Manager
                                  (513) 564-7620